160 A.3d 695

KEVIN D. KELLY, PLAINTIFF–PETITIONER, v. DEBORAH E. KELLY, DEFENDANT–RESPONDENT.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002637–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

160 A.3d 695

STATE OF NEW JERSEY IN THE INTEREST OF J.H., A JUVENILE. (J.H.–PETITIONER)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000778–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.